

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00152-CR

---

ELLIOT VENTURA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 7100, Honorable Stuart Messer, Presiding

---

January 25, 2023

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Elliot Ventura, appeals his conviction for evading arrest[1] and sentence to thirty years' confinement. We previously remanded this appeal for the trial court to determine why the reporter's record was not timely filed and to arrange for a substitute reporter, if necessary. After a hearing on remand, the trial court entered an order finding that the official court reporter could complete the reporter's record by December 26, 2022.

---

[1] *See* TEX. PENAL CODE ANN. § 38.04.

We later granted the reporter an extension to January 13, 2023, but the reporter's record has not been filed to date.

Accordingly, we abate the appeal and remand the cause to the trial court to arrange for a substitute reporter to complete, certify, and file the reporter's record within thirty days of appointment. *See* TEX. R. APP. P. 35.3(c), 37.3(a)(2). The trial court is directed to enter any necessary orders and to file a supplemental clerk's record by February 24, 2023.

It is so ordered.

Per Curiam

Do not publish.